UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JU LEE KWON<br>15, Seochojungangro, Seochogu,<br>A-1003, Hyundai Superville,<br>Seoul, South Korea 06178<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF STATE,<br>The Executive Office,<br>Office of the Legal Advisor,<br>Suite 5.600,<br>600 19th Street, N.W.,<br>Washington, D.C. 20522;<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 18-1875<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR INJUNCTIVE RELIEF**

Plaintiff, Ms. Ju Lee Kwon, by through undersigned counsel, alleges as follows:

### I.  INTRODUCTION

1.   This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 for injunctive and other appropriate relief to seek the disclosure and release of agency records wrongfully withheld from plaintiff by defendant U.S. Department of State ("DOS").

### II.  JURISDICTION AND VENUE

2.   This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B).  This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Venue lies in this district under 5 U.S.C. § 552(a)(4)(B).

3.   Plaintiff Ju Lee Kwon, a natural person, is a citizen and resident of South Korea.

4.   Defendant DOS a Department of the Executive Branch of the United States

Government.  The DOS is an agency within the meaning of 5 U.S.C. § 552(f).

### III.   FACTS

5. On May 25, 2018 plaintiff submitted a written FOIA request through authorized and undersigned legal counsel to the DOS' Office of Information Programs and Services, A/GIS/IPS, U.S. Department of State, SA-2, Washington, D.C. 20522-8100.

6. To help locate responsive documents, plaintiff Kwon's FOIA request included a DS Form 4240, Certificate of Identify as enclosure 1, a copy of her South Korean passport page as enclosure 2, and relevant documents from the U.S. Embassy Seoul that reflected the control numbers for her prior visa applications as enclosure 3.

7. Plaintiff Kwon requested the following in her FOIA request:

We are requesting any and all documents, forms, or other written, photographic, electronic, computer generated, or recorded materials relating to Ms. Kwon in the possession of the U.S. Department of State's component, the U.S. Embassy Seoul and its Consular Section, to include the Nonimmigrant Visa Unit and the Immigrant Visa Unit for the period from 2002 through May 25, 2018.  These records would include records in the possession of U.S. Embassy Seoul relating to Ms. Kwon's approved B visa in 2003 and her status as dependent applicant to her husband's EB-5 visa application in 2016. To assist your search, we have enclosed copies of these approved or requested nonimmigrant and immigrant visas from 2003 through 2017.

8. On July 18, 2018, defendant DOS issued a letter to counsel acknowledging receipt of Ms. Kwon's FOIA request dated May 25, 2018 and assigned a tracking number, F-2018-04130.

9. Defendant has failed to respond within the twenty (20) day statutory timeline under 5 U.S.C. § 552(a)(6)(A)(i) and/or otherwise failed to reasonably design and perform an adequate search of records likely to identify responsive documents.

### IV.   CLAIM FOR RELIEF

10. Plaintiff repeats and realleges the allegations contained in the preceding paragraphs above, inclusive.

11.     By letter submission dated May 25, 2018, plaintiff requested "any and all documents, forms, or other written, photographic, electronic, computer generated, or recorded materials relating to [her] in the possession of the U.S. Department of State's component, the U.S. Embassy Seoul and its Consular Section, to include the Nonimmigrant Visa Unit and the Immigrant Visa Unit for the period from 2002 through May 25, 2018."

12.     By letter dated July 18, 2018, defendant DOS acknowledged receipt of plaintiff's FOIA request in Case Number F-2018-04130.

13.     Plaintiff has exhausted the applicable administrative remedies with respect to her FOIA request to defendant DOS.

14.     Defendant has failed to respond within the twenty (20) day statutory timeline under 5 U.S.C. § 552(a)(6)(A)(i) and/or otherwise failed to reasonably design and perform an adequate search of records likely to identify responsive documents.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays that this Court:

(a)     Disclose the requested records in their entireties and make copies available to plaintiff;

(b)     Order defendant to produce a *Vaughn* index for any withheld documents;

(c)     Permit plaintiff to undertake discovery, consistent with property handling protocols,[1] relating to whether any withheld records in question by defendant has been "properly classified" in accordance with Executive Orders;

(d)     Provide for expeditious proceedings in this action;

(e)     Award plaintiff her costs and reasonable attorneys fees incurred in this action per 5 U.S.C. § 552(a)(4)(E) and 21 U.S.C. § 2142(d); and

---

[1] Undersigned local counsel possesses an active top secret security clearance.

      (f)      Grant such other relief as this Court may deem just and proper.

DATED:  August 9, 2018
             New York, New York

                                      Respectfully submitted,

                                      *Counsel for Plaintiff*

                                      <u>//s//  *Jason D. Wright*</u>
                                      Jason D. Wright, Esq. DC Bar #1029983
                                      *Local Counsel*
                                      Wright Law Firm, PLLC
                                      40 Fulton Street, 23rd Floor
                                      New York, New York 10038
                                      Direct:  (212) 683-4892
                                      Mobile:  (202) 578-0260
                                      Fax:  (917) 677-8577
                                      E-mail: jwright@jasonwrightesq.com


                                      <u>//s// *Asa Hutchinson*</u>
                                      *Attorney Pro Hac Vice (Motion Pending)*
                                      W. Asa Hutchinson III, Esq.
                                      The Asa Hutchinson Law Group, PLC
                                      912 W. Central Ave.
                                      Bentonville, Arkansas  72712
                                      Phone: (479) 878-1600
                                      Email: ahutchinson@ahlawgroup.com